IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.     Case No. 15-2729TJS

ANDYSHEH AYATOLLAHI

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this  10th  day of  December , 2015 , that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

Timothy J. Sullivan
United States Magistrate Judge

FILED ___ ENTERED
LOGGED ___ RECEIVED

DEC 10 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY