IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

ANDYSHEH AYATOLLAHI

Case No. 15-2729TJS

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Patrick Kent, Esq._, and the Government was represented by Assistant United States Attorney _Christopher Romano_, it is

**ORDERED**, this 10th day of December 2015, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Timothy J. Sullivan
United States Magistrate Judge

FILED ___ ENTERED
LOGGED ___ RECEIVED

DEC 10 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement