# U.S. District Court
# District of Maryland (Baltimore)
# CRIMINAL DOCKET FOR CASE #: 1:15−mj−02729−TJS All Defendants
## *Internal Use Only*

Case title: USA v. Ayatollahi  
Other court case number: 2:10CR15 Eastern District of Virginia  
Date Filed: 12/10/2015

Assigned to: Magistrate Judge Timothy J. Sullivan

**Defendant (1)**

| | | |
|---|---|---|
| **Andysheh Ayatollahi** | represented by | **Patrick Eugene Kent**<br>Office of the Federal Public Defender<br>100 S Charles St Ste 1100 Tower II Ninth Fl<br>Baltimore, MD 21201<br>14109623962<br>Fax: 14109620872<br>Email: patrick_kent@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status: Crim* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Christopher J Romano**<br>Office of the United States Attorney<br>36 S Charles St Fourth Fl<br>Baltimore, MD 21201<br>14102094800<br>Fax: 14109623124<br>Email: Christopher.Romano@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br>*Bar Status: Active* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/10/2015 | 1 | 3 | Rule 5(c)(3) Documents Received from Eastern District of Virginia as to Andysheh Ayatollahi (jks, Deputy Clerk) (Entered: 12/11/2015) |
| 12/10/2015 | 2 | 4 | Initial Appearance in Rule 5(c)(3) Proceedings as to Andysheh Ayatollahi held on 12/10/2015 before Magistrate Judge Timothy J. Sullivan. (FTR Klein 7B.) (jks, Deputy Clerk) (Entered: 12/11/2015) |
| 12/10/2015 | 3 | 5 | CJA 23 Financial Affidavit by Andysheh Ayatollahi (jks, Deputy Clerk) (Entered: 12/11/2015) |
| 12/10/2015 | 4 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Andysheh Ayatollahi. Signed by Magistrate Judge Timothy J. Sullivan on 12/10/2015. (jks, Deputy Clerk) (Entered: 12/11/2015) |
| 12/10/2015 | 5 | 7 | WAIVER of Rule 5(c)(3) Hearing by Andysheh Ayatollahi (jks, Deputy Clerk) (Entered: 12/11/2015) |
| 12/10/2015 | 6 | 8 | ORDER OF DETENTION BY AGREEMENT as to Andysheh Ayatollahi. Signed by Magistrate Judge Timothy J. Sullivan on 12/10/2015. (jks, Deputy Clerk) (Entered: 12/11/2015) |
| 12/10/2015 | 7 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Andysheh Ayatollahi. Defendant committed to District of Eastern District of Virginia.. Signed by Magistrate Judge Timothy J. Sullivan on 12/10/2015. (jks, Deputy Clerk) (Entered: 12/11/2015) |
| 12/10/2015 | 8 | 10 | (Court only) MEDICAL NOTICE as to Andysheh Ayatollahi. (jks, Deputy Clerk) (Entered: 12/11/2015) |

AO 442 (Rev. 01/09) Arrest Warrant

15-2729 TJS ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FID# 184636-7 1.5
~~FBI~~

SEALED

FID# 1846121
FBI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:10cr15 |
| ANDYSHEH AYATOLLAHI a/k/a "Andy" | ) | |
| Defendant | ) | |

2010 FEB -4 A 11:36

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANDYSHEH AYATOLLAHI a/k/a "Andy",
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Financial Institution Fraud; Credit Union Fraud in violation of 18 U.S.C. 1349, 1344

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

DEC 10 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Date: Feb 3, 2010

*Lori M Baxter*
*Issuing officer's signature*

City and state: Norfolk, Virginia

Tommy E. Miller, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/10/15, and the person was arrested on *(date)* 12/09/15
at *(city and state)* Baltimore, MD

Date: 12/10/15

*Monique Winkis*
*Arresting officer's signature*

*Monique Winkis*
*Printed name and title*

3

# MAGISTRATE JUDGE CRIMINAL MINUTES

**DATE:** December 10, 2015         **JUDGE:** Timothy J. Sullivan         **COURTROOM:** 7B

**TIME:** 4:06- 4:21         **INTERPRETER:**

**AUSA:** Christopher Romano         **DFDT ATTORNEY:** Patrick Kent - AFPD

**UNITED STATES OF AMERICA v.**  *ANDYSHEH AYATOLLAHI*

**CASE NO.** 15-2729TJS         **NO. OF COUNTS:**

**DFDT'S AGE:**         **YEAR OF BIRTH:**

- ☒ **Initial Appearance**
- ☐ Arraignment
- ☒ **Rule 5(c)(3) Hearing** ED /VA
- ☐ Sentencing
- ☐ Bail Review/Revocation Hearing
- ☐ Violation of Probation
- ☐ Violation of Supervised Release
- ☐ Detention Hearing

- ☐ Defendant to Retain Counsel
- ☐ Violation Notice
- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Complaint
- ☐ Preliminary Hearing: _____
- ☐ Preliminary Hearing WAIVED

**Defendant arraigned and plead "NOT GUILTY" as to Count(s)** Counts.

- ☒ Defendant advised of rights to silence and counsel
- ☐ Defendant temporarily detained pending detention hearing on Date. @ Time.
- ☒ **Defendant detained by agreement**
- ☐ Defendant ordered detained after detention hearing
- ☒ **FPD appointed as counsel**
- ☒ **Waiver of Rule 5(c)(3) Hearings**
- ☒ **Commitment To Another District**
- ☐ Order Setting Conditions of Release w/conditions
- ☒ **Medical Notice for Treatment of Detainee entered**
- ☐ Counsel advised to call or go to chambers for dates / given dates in court

Remarks _____

Days. Days for Motions. Motions to be filed by Date.
- ☐ Trial-Bench/Jury Length. day(s) / week(s). Trial week of Date.
- ☒ Pre-trial Officer Paige Weller
- ☐ Temporary Order of Detention to U.S. Marshal
- ☒ Minute entries docketed.         Deputy Clerk: JK

Magistrate Judge Criminal Minutes (Rev. 4/1/2008) magistratecrimnalminutes

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES  ☐ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER (Specify below)
IN THE CASE OF

_____ v. _____

FOR

AT

LOCATION NUMBER: 0416

PERSON REPRESENTED (Show your full name): **Andysheh Ayatollahi**

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: 15-2729TJS
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? 2008
How much did you earn per month? $ _____
If married, is your spouse employed? ☐ Yes ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

[Stamps: FILED, ENTERED, LOGGED, RECEIVED DEC 10 2015 AT BALTIMORE, CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND, BY _____ DEPUTY]

**INCOME & ASSETS — OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, give the amount received and identify the sources $ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, total amount? $ 2,400 - American  4,500 - Canadian

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, give value and description for each

| VALUE | DESCRIPTION |
|---|---|
| $ | |
| $ | |
| $ | |

**OBLIGATIONS & DEBTS — DEPENDENTS**
MARITAL STATUS: ☒ Single ☐ Married ☐ Widowed ☐ Separated or Divorced
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| None | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 12-10-15

FPD
12/10/15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA   *

v.   Case No. 15-2729TJS

ANDYSHEH AYATOLLAHI   *

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this ___10th___ day of ___December___, 2015, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____
Timothy J. Sullivan
United States Magistrate Judge

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___

DEC 10 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

U.S. District Court (4/2000) Criminal Magistrate Forms: Appointing Counsel

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 15-2729TJS |
| | ) | |
| ANDYSHEH AYATOLLAHI | ) | Charging District's Case No. 2:10CR15 |
| | ) | 2 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20 to plead guilty.

I agree to waive my right(s) to:

☐   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☒   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   December 10, 2015   _____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Patrick Kent
*Printed name of defendant's attorney*

FILED ENTERED
LOGGED RECEIVED
DEC 10 2015
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2015 DEC 10  P 4: 39

UNITED STATES OF AMERICA

vs.                                          Case No.   15-2729TJS

ANDYSHEH AYATOLLAHI

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Patrick Kent, Esq._, and the Government was represented by Assistant United States Attorney _Christopher Romano_, it is

**ORDERED,** this __10th__ day of __December__ __2015__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Timothy J. Sullivan
United States Magistrate Judge

FILED ___ ENTERED
LOGGED ___ RECEIVED

DEC 1 0 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement

AO 94 (Rev. 01/09, MD 6/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Maryland

2015 DEC 10 P 4: 39

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 15-2729TJS |
| ) | |
| ANDYSHEH AYATOLLAHI ) | Charging District's |
| *Defendant* ) | Case No. 2:10CR15 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the  Eastern  District of  Virginia.

The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.
 ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: December 10, 2015

_____
*Judge's signature*

Timothy J. Sullivan, USMJ
*Printed name and title*

FILED ___ ENTERED
LOGGED ___ RECEIVED
DEC 10 2015
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
USMS-? IS OPS
BALTIMORE MD

UNITED STATES OF AMERICA

2015 DEC 10 P 4: 39

v.

Case No. 2-10 CR 15

15-2729 TJS

Defendant

Anudyshen Ayatollah ******

## COMMUNICATION OF HEALTH NEEDS AND CONSENT
## TO DISCLOSURE OF MEDICAL INFORMATION

The Defendant and/or counsel report the following:

Medical Problems
_____
_____

Dental/Mental Health Problems
Anxiety, Panic Attacks, ADHD

ENTERED
RECEIVED
FILED
LOGGED
DEC 10 2015
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Current Medications
not sure of name
_____

The Defendant consents to the release of his/her medical records to the Court, the U.S. Marshals Service, counsel for the Defendant named below, and a representative of the facility where the Defendant is detained to facilitate his/her evaluation and treatment and the resolution of any issues concerning the appropriateness of the evaluation and treatment rendered while detained in connection with the above-captioned case.

_____
Defendant

Counsel
Name:     Joe S-[illegible]
Address:  Bo. Md. 21201

Telephone: 410-962-3967
E-mail:

The United States Marshal IS REQUESTED TO deliver a copy of this Notice to the personnel in charge of the Defendant at the place of detention.
    URGENT medication issue _____ ✓
    URGENT mental health issue _____ ✓
    URGENT medical issue _____

TJS
12/10/15

Medical Notice (Baltimore) – 1/2013

10